**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
**Chitra Sethuraman** :
: BANKRUPTCY NO. **19-10096 MDC**
Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 10/17/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

|  | Respectfully submitted, |
|---|---|
| Date: 9/11/19 | /s/William C. Miller |
|  | William C. Miller, Esquire |
|  | Chapter 13 Standing Trustee |
|  | P.O. Box 1299 |
|  | Philadelphia, PA  19105 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Chitra Sethuraman | : |
| Debtor(s) | : BANKRUPTCY NO. 19-10096 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Chitra Sethuraman
7448 Rhoads Street
Philadelphia, PA 19151

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106


Date: 9/11/19

/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee