```
                                  United States Bankruptcy Court
                                  Eastern District of Pennsylvania
In re:                                                                          Case No. 19-10096-mdc
Chitra Sethuraman                                                               Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett               Page 1 of 2                  Date Rcvd: Sep 11, 2019
                               Form ID: 152                  Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Chitra Sethuraman,    7448 Rhoads Street,    Philadelphia, PA 19151-2922
14268797        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14279462       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14255095       +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
14255096       +Citicards Cbna,    Citi Bank,   PO Box 6077,    Sioux Falls, SD 57117-6077
14269510       +LoanDepot.com, LLC,    c/o ALEXANDRA T. GARCIA,    McCabe, Weisberg & Conway, P.C.,
                 123 South Broad Street,    Suite 1400,   Philadelphia, PA 19109-1060
14272061       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14255098       +Police & Fire Federal Credit Union,    1 Greenwood Square Office Park,    3333 Street Rd.,
                 Bensalem, PA 19020-2022
14255100      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    PO Box 8026,
                 Cedar Rapids, IA 52409)
14272674       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14377339       +Toyota Motor Credit Corporation,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14255101       +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
14288361       +loanDepot.com, LLC,    c/o Cenlar FSB,   425 Phillips Blvd,    Ewing, NJ 08618-1430
14269308       +loanDepot.com, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:08:00      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2019 03:07:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2019 03:07:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 03:12:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14341635       +E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:08:00
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14255094       +E-mail/Text: bankruptcy@cavps.com Sep 12 2019 03:07:51      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake, Ste 400,    Valhalla, NY 10595-2322
14255889       +E-mail/Text: bankruptcy@cavps.com Sep 12 2019 03:07:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14255097       +E-mail/Text: bknotification@loandepot.com Sep 12 2019 03:08:09      Loandepo.com,
                 Attn: Bankruptcy Dept,    26642 Towne Center Dr,    Foothill Ranch, CA 92610-2808
14262964       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2019 03:07:46      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14281771        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 03:12:55
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14255450       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 03:12:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14255099       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 03:13:09
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14285660*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 2                   Date Rcvd: Sep 11, 2019
                               Form ID: 152                Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRAD J. SADEK    on behalf of Debtor Chitra    Sethuraman brad@sadeklaw.com,   bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Chitra Sethuraman
    Debtor(s)

Case No: 19−10096−mdc

Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 10/17/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

51 − 18
Form 152