IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Chitra Sethuraman | : | Chapter 13 |
| | : | |
| | : | Case No.  19-10096MDC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 79.

Dated: April 7, 2020              /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper
                                  1315 Walnut Street, Suite 502
                                  Philadelphia, PA 19107
                                  215-545-0008