United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10096-mdc
Chitra Sethuraman                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1              Date Rcvd: May 21, 2020
                          Form ID: 155         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Chitra Sethuraman,    7448 Rhoads Street,    Philadelphia, PA 19151-2922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
     ALEXANDRA T. GARCIA    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
      ecfmail@ecf.courtdrive.com
     ANNE M. AARONSON     on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
      aaaronson@dilworthlaw.com,
      mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
     BRAD J. SADEK     on behalf of Debtor Chitra   Sethuraman brad@sadeklaw.com,    bradsadek@gmail.com
     LAUREN MOYER     on behalf of Creditor    LoanDepot.com, LLC ecfmail@ecf.courtdrive.com
     PAMELA ELCHERT THURMOND     on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
      karena.blaylock@phila.gov
     REBECCA ANN SOLARZ     on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
     YONIT A. CAPLOW     on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
      ycaplow@dilworthlaw.com,   cchapman-tomlin@dilworthlaw.com,
      cct@dilworthlaw.com;mdolan@dilworthlaw.com
                                                                                                            TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Chitra Sethuraman
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−10096−mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 21st day of May, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

95 − 84
Form 155