**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Chitra Sethuraman<br>           Debtor<br><br>loanDepot.com, LLC, or its Successor or Assignee<br>           Movant<br>                    vs.<br>WILLIAM C. MILLER, Esq., Trustee<br>Chitra Sethuraman<br>           Respondents | Chapter 13<br>Bankruptcy No. 19-10096-mdc |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    I, Ann E. Swartz, attorney for loanDepot.com, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: July 29, 2020

| | | |
|---|---|---|
| Chitra Sethuraman<br>7448 Rhoads Street<br>Philadelphia, PA 19151 | BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 |

    /s/ Ann E. Swartz, Esquire
ANN E. SWARTZ, ESQUIRE ID# 201926
LAUREN M. MOYER, ESQUIRE ID # 320589
Attorney for loanDepot.com, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**