IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Chitra Sethuraman | : | |
| | : | Case No.: 19-10096MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE COURT:

On behalf of the Debtor, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy. Additionally, the applicable schedules and statements will be filed with the Court.

Dated: September 4, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008