**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:      Chitra Sethuraman<br>                          Debtor<br><br>loanDepot.com, LLC, or its Successor or Assignee<br>                          Movant<br>                              vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Chitra Sethuraman<br>                          Respondents | Chapter 13<br>Bankruptcy No. 19-10096-mdc |

**ORDER**

AND NOW, this __8th__ day of _____September_____, 2020, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit loanDepot.com, LLC, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 7448 Rhoads Street, Philadelphia, Pennsylvania 19151.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc.:
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Philadelphia, PA 19151

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

Chitra Sethuraman
7448 Rhoads Street