```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                        Case No. 19-10096-mdc
Chitra Sethuraman                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett           Page 1 of 2           Date Rcvd: Sep 08, 2020
                              Form ID: 210U             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db             +Chitra Sethuraman,    7448 Rhoads Street,    Philadelphia, PA 19151-2922
14268797        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14279462       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14255096       +Citicards Cbna,    Citi Bank,    PO Box 6077,    Sioux Falls, SD 57117-6077
14269510       +LoanDepot.com, LLC,    c/o ALEXANDRA T. GARCIA,    McCabe, Weisberg & Conway, P.C.,
                 123 South Broad Street,    Suite 1400,    Philadelphia, PA 19109-1060
14272061       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14255098       +Police & Fire Federal Credit Union,    1 Greenwood Square Office Park,    3333 Street Rd.,
                 Bensalem, PA 19020-2022
14255100      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,    PO Box 8026,
                 Cedar Rapids, IA 52409)
14272674       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14377339       +Toyota Motor Credit Corporation,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14255101       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
14288361       +loanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14269308       +loanDepot.com, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2020 04:15:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2020 04:16:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:17     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA  19102-1595
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2020 04:16:54     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14412264        E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:17     CITY OF PHILADELPHIA,
                 c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
                 Major Tax Litigation Division,    Philadelphia, PA 19102-159
14341635        E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:17
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1595
14255094       +E-mail/Text: bankruptcy@cavps.com Sep 09 2020 04:16:06     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake, Ste 400,    Valhalla, NY 10595-2322
14255889       +E-mail/Text: bankruptcy@cavps.com Sep 09 2020 04:16:06     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14255095        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 09 2020 04:16:55     Chase Card Services,
                 Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850
14255097       +E-mail/Text: bknotification@loandepot.com Sep 09 2020 04:16:30     Loandepo.com,
                 Attn:  Bankruptcy Dept,    26642 Towne Center Dr,    Foothill Ranch, CA 92610-2808
14262964       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2020 04:16:00     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14281771        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2020 04:17:11
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14255450       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2020 04:16:58
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14255099       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2020 04:16:44
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14412058       +E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:17     The City of Philadelphia,
                 c/o Pamela Elchert Thurmond, Esq.,    City of Philadelphia Law Department,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14285660*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2              User: Antoinett            Page 2 of 2                 Date Rcvd: Sep 08, 2020
                                  Form ID: 210U              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
           aaaronson@dilworthlaw.com,
           mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
          BRAD J. SADEK    on behalf of Debtor Chitra   Sethuraman brad@sadeklaw.com,   bradsadek@gmail.com
          LAUREN MOYER    on behalf of Creditor    LoanDepot.com, LLC ecfmail@ecf.courtdrive.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          YONIT A. CAPLOW    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
           ycaplow@dilworthlaw.com,   cchapman-tomlin@dilworthlaw.com,
           cct@dilworthlaw.com;mdolan@dilworthlaw.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Chitra Sethuraman                                                                  Case No: 19−10096−mdc

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 9/8/20

For The Court

Timothy B. McGrath
Clerk of Court

110
Form 210U