United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chitra Sethuraman  
    Debtor

Case No. 19-10096-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 09, 2020  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
```
db             +Chitra Sethuraman,    7448 Rhoads Street,    Philadelphia, PA 19151-2922
               +William C. Miller, Trustee,    Chapter 13 Trustee,    P.O. Box 1229,
                 Philadelphia, PA 19105-1229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              BRAD J. SADEK    on behalf of Debtor Chitra   Sethuraman brad@sadeklaw.com,    bradsadek@gmail.com
              LAUREN  MOYER    on behalf of Creditor    LoanDepot.com, LLC ecfmail@ecf.courtdrive.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              YONIT A. CAPLOW    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               ycaplow@dilworthlaw.com,   cchapman-tomlin@dilworthlaw.com,
               cct@dilworthlaw.com;mdolan@dilworthlaw.com
                                                                                             TOTAL: 9
```

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Chitra Sethuraman<br>                    Debtor<br><br>loanDepot.com, LLC, or its Successor or Assignee<br>                    Movant<br>                    vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Chitra Sethuraman<br>                    Respondents | Chapter 13<br>Bankruptcy No. 19-10096-mdc |

## ORDER

AND NOW, this __8th__ day of _____September_____, 2020, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit loanDepot.com, LLC, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 7448 Rhoads Street, Philadelphia, Pennsylvania 19151.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc.:
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Philadelphia, PA 19151

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

Chitra Sethuraman
7448 Rhoads Street