United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10096-mdc

Chitra Sethuraman  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Adminstra  Page 1 of 2
Date Rcvd: Dec 21, 2020  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

**Recip ID**  **Recipient Name and Address**
db  + Chitra Sethuraman, 7448 Rhoads Street, Philadelphia, PA 19151-2922

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

**Name**  **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor LoanDepot.com  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor LoanDepot.com  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANNE M. AARONSON
    on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com

BRAD J. SADEK
    on behalf of Debtor Chitra Sethuraman brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

LAUREN MOYER
    on behalf of Creditor LoanDepot.com  LLC ecfmail@ecf.courtdrive.com

PAMELA ELCHERT THURMOND

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 21, 2020 | Form ID: 195 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| TERRY P. DERSHAW | |
| | td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| YONIT A. CAPLOW | |
| | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION ycaplow@dilworthlaw.com cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                         : Chapter 7

Chitra Sethuraman                                                              : Case No. 19−10096−mdc
       Debtor(s)

### ORDER
_____

AND NOW, this day , December 21st, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

126
Form 195